IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60155
Conference Calendar

_____

STANLEY WASHINGTON,

Plaintiff-Appellant,

versus

STEVE W. PUCKETT; JAMES
V. ANDERSON, Superintendent,
Mississippi State Penitentiary;
ROBERT ARMSTRONG; ANN L. LEE;
DARNELL MCNEAL; HENRY JOHNS, SR.,
GLORIA IVY; GERALD ADAMS,

Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:97-CV-139-D-D
- - - - - - - - - - -
October 20, 1998

Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:*

Stanley Washington, Mississippi state prisoner 81653, argues that the district court erred in dismissing his 42 U.S.C. § 1983 complaint for failure to state a claim upon which relief can be granted. Washington argues that he was denied a state-created liberty interest by being confined in administrative segregation after a disciplinary charge against him had been dismissed.

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We have reviewed the record, including the transcript of the Spears hearing, and Washington's briefs, and we find no nonfrivolous appellate issues.  Accordingly, we dismiss Washington's appeal essentially for the reasons adopted by the district court in dismissing the complaint for failure to state a claim.  See Washington v. Puckett, No. 4:97-CV-139-D-D (N.D. Miss. Mar. 6, 1998)

Washington's appeal is DISMISSED as frivolous.  See Howard v. King, 707 F.2d 215, 220 (5th Cir. 1983); 5th Cir. R. 42.2.

APPEAL DISMISSED.